■ In the Matter of Lewis H. Eslinger, a Suspended Attorney. [751 NYS2d 360] —Leave to appeal to the Court of Ap-

peals denied. No opinion. Concur—Mazzarelli, J.P., Andrias, Buckley, Lerner and Friedman, JJ.